IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **KAMAL K. ROY,** | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:11-CV-2345-L** |
| | § | |
| **UNKNOWN**, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The case was referred to Magistrate Judge Paul D. Stickney, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on December 13, 2011, recommending that this action be dismissed *sua sponte* for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff Kamal K. Roy did not file objections to the Report.

Having reviewed the pleadings, file, and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions are correct, and **accepts** them as those of the court. The court therefore **dismisses without prejudice** this action for want of prosecution for failure to comply with a court order.

**It is so ordered** this 29th day of December, 2011.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

Order – Solo Page